INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**Castro Ruth**
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Lancaster Lafte**
**Highgates Management**
**Kathy McIntyre**
**Ally Ford**
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **4:24-cv-156-SEB-KMB**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes  [ ] No

FILED
NOV 18 2024
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 4:24-cv-00156-SEB-KMB    Document 1    Filed 11/18/24    Page 2 of 6 PageID #: 2

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Ruth Castro
- **Street Address:** 1637 East Market ST. Apt # 315
- **City and County:** New Albany Ind
- **State and Zip Code:** Indiana 47150
- **Telephone Number:** 502-595-8170
- **E-mail Address:** Castrorx3@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- **Name:** Highgates management ET. All Kathy McIntyre / Ally Ford
- **Job or Title (if known):** Regional Manager - Indiana
- **Street Address:** 8118 Housfeld Ln
- **City and County:** New Albany, IN 47150
- **State and Zip Code:** Indiana
- **Telephone Number:** 812-625-2738
- **E-mail Address (if known):**

**Defendant No. 2**
- **Name:** Lancaster Loft ET. All
- **Job or Title (if known):** Housing Complex owners
- **Street Address:** 1637 E. Market ST
- **City and County:** New Albany Ind
- **State and Zip Code:** Indiana 47150
- **Telephone Number:** 812-625-2738
- **E-mail Address (if known):** Kathy@highgates.com

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

Defendant No. 3
Name: Lancasta Loft ET. All Moed Properties LLC ET. All
Job or Title (if known): Owners
Street Address: 2849 West Coyle
City and County: Chicago ILL 60645
State and Zip Code: Chicago ILL 60645
Telephone Number:
E-mail Address (if known):

15

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)
[✓] Federal question
[✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Intentional harm to a minority - Emotional Distress Retaliation American with Disability act Indiana Code §22-4.1.5 Disability - the Fair Housing act violation Retaliation for calling H.U.D.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual:
    The plaintiff, (name) Castro Roth, is a citizen of the State of (name) Indiana, OR is a citizen of (foreign nation) _____.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

---

b. If the plaintiff is a corporation:

The plaintiff, (name) __Castro Roth__, in incorporated under the laws of the State of (name) __Indiana__, and has its principal place of business in the State of (name) __Indiana__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)      __Highgates management__
      __Lancaste Lapt__

a. If the defendant is an individual:

The defendant, (name) __Kathy McIntyre__, is a citizen of the State of (name) __Indiana__, OR is a citizen of (foreign nation) _____.

b. If the defendant is a corporation:

The defendant, (name) __Lancaster Lapt__, in incorporated under the laws of the State of (name) __Indiana__, and has its principal place of business in the State of (name) __Indiana__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) __Indiana__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): I have been in hospital 3 times smoke inhalation in a free smoke apartment as stated in the contract - malice, intent, negligence in part by Kathy McIntyre, Ally Ford, Lancaster Lapt, Highgate management

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am with a colapse Lung (left) Due to second hand smoke & no B moke on the Building & cigarette smoke for ever Apt E.T. All refuse to remedy the situation as a retaliation practice in Housing - Due that I made H.U.D. Human Rights Complaint

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am suing for Punitive Damages - for my death suffering - mental anguish - extreme emotional distress - intentional negligence 10,000,000 for Housing Rights violations

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV-18-2024

Signature of Plaintiff: Castro Ruth

Printed Name of Plaintiff: Castro Ruth

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____